IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Misc. Cause No. _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | N.D. Tex. Civil Action No. 4:23-cv-1224-P |
| AGRIDIME LLC, JOSHUA LINK, and JED WOOD, | § § § | |
| *Defendants*. | § § | |

## 28 USC § 754 NOTICE OF FILING OF COMPLAINT AND ORDER APPOINTING RECEIVER, STEVE FAHEY

By Order of the United States District Court for the Northern District of Texas, Fort Worth Division, entered on December 11, 2023, Steve Fahey, was appointed Receiver ("Receiver") over the Estates of the Receivership Defendants,[1] in the matter, *SEC v. Agridime LLC; Joshua Link; and Jed Wood*, No. 4:23-cv-1224-P (N.D. Tex.). Receiver was reappointed on December 31, 2025 (N.D. Tex. ECF No. 209).

Pursuant to 28 U.S.C. § 754, attached hereto are true and copies of the underlying complaint filed by the Securities and Exchange Commission (N.D. Tex. ECF No. 1) (**Exhibit A**),[2]

---

[1] "Receivership Defendants" are Agridime LLC, Joshua Link, and Jed Wood. N.D. Tex. ECF No. 15 at ¶¶ 1-2.

[2] The complaint was originally filed under seal. By electronic court order dated December 13, 2023, N.D. Tex. ECF No. 17, the court unsealed the docket.

the Order Appointing Receiver (N.D. Tex. ECF No. 15) and the Order Reappointing Receiver (N.D. Tex. ECF No. 209) (together, **Exhibit B**).

Dated: January 7, 2026.

Respectfully submitted,

*/s/ Colin P. Benton*
Brant C. Martin
State Bar No. 24002529
brant.martin@wickphillips.com
David J. Drez III
State Bar No. 24007127
david.drez@wickphillips.com
Colin P. Benton
State Bar No. 24095523
colin.benton@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone:   (817) 332-7788
Fax:              (817) 332-7789

**ATTORNEYS FOR COURT-APPOINTED RECEIVER STEPHEN P. FAHEY**